UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00155-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE GRUNDEN, SR.; and
2. RENZA GRUNDEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Pursuant to the Minute Order by the Court on July 28, 2011 [ECF No. 102] granting Defendant Renza Grunden's Unopposed Motion to Continue Motions Hearing [ECF No. 101], filed July 28, 2011, the status conference currently scheduled for Monday, October 24, 2011 at 1:30pm is also **VACATED.** The status conference is **RESET** to **Tuesday, November 1, 2011 at 9:00 a.m., in courtroom A-1002.**

    In accordance with the Minute Order by the Court on July 28, 2011 [ECF No. 102], the Court will hold a hearing on all pending motions as well as a status conference on **Tuesday, November 1, 2011 at 9:00 a.m.**

    Dated: October 20, 2011.